UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Calla Wright, Willie Bethel, Amy Lee, Amygayle Womble, John Vandenbergh, Barbara Vandenbergh, Ajamu Dillahunt, Elaine Dillahunt, Lucinda Mackethan, William Clifford, Ann Long Campbell, Greg Flynn, Beverly Clark, Concerned Citizens for African-American Children, and Raleigh Wake Citizens Association, Plaintiffs, v. State of North Carolina and Wake County Board of Elections, Defendants. | **JUDGMENT**<br>**NO. 5:13-CV-607-BO** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, and DECREED** that Defendant Wake County Board of Elections' Motion to Dismiss [DE 27] is GRANTED. Defendant State of North Carolina's Motion to Dismiss [DE 29] is GRANTED. The plaintiffs' Motion for Leave to Amend [DE 33] is DENIED AS FUTILE. The plaintiffs' claims are dismissed in their entirety. The clerk shall close this matter.

**This Judgment was filed and entered on March 17, 2014, and copies were delivered to:**
Anita Earls (electronically via CM/ECF)
Allison Riggs (electronically via CM/ECF)
Alexander Peters (electronically via CM/ECF)
Kenneth Murphy (electronically via CM/ECF)
Roger Askew (electronically via CM/ECF)
Scott Warren (electronically via CM/ECF)
Claire Hunter (electronically via CM/ECF)

| | |
|---|---|
| DATE<br>March 17, 2014 | JULIE A. RICHARDS, CLERK<br>/s/ Macy B. Fisher<br>(By) Macy B. Fisher, Deputy Clerk |

