UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CV-156-D

RALEIGH WAKE CITIZENS
ASSOCIATION, et al,                          )
                                             )
                                             )
                                             )          CLERK'S NOTICE
          v.                                 )     (LOCAL CIVIL RULE 79.1)
                                             )
WAKE COUNTY BOARD OF                         )
ELECTIONS,                                   )
          Defendant.                         )


NO. 5:13-CV-607-D

CALLA WRIGHT, et al,                         )
                                             )
                                             )
          v.                                 )          CLERK'S NOTICE
                                             )     (LOCAL CIVIL RULE 79.1)
THE STATE OF NORTH CAROLINA, et              )
al.,                                         )
          Defendants.                        )


During an evidentiary hearing or trial, the court received exhibits in this action. These

exhibits presently remain in the custody of the Clerk of Court. More than thirty days have passed

since the entry of final judgment. Pursuant to Local Civil Rule 79.1, within fourteen (14) days of

this notice, you are DIRECTED to contact the undersigned deputy clerk to make arrangements to

come to the Clerk's office to retrieve all writings, recordings, photographs, models, diagrams, or

other materials introduced into evidence. If you fail to comply with this notice, the Clerk may

destroy or dispose of the exhibits as she deems appropriate or, in the alternative, submit the matter to the court for issuance of a show cause order for failure to respond and order authorizing disposal.

This the 27th day of January, 2023.

/s/Nicole Sellers
Nicole Sellers, Deputy Clerk
919-645-1783

Copy Served:
All attorneys of record (via CM/ECF notice of electronic filing and/or U.S. Mail)